UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARRY MICHAEL SCHMITT,

    **Plaintiff,**

vs.                                    Case No. 8:09-cv-943-T-27EAJ

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT,

    **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 13). On September 25, 2009, the Magistrate Judge issued a Report and Recommendation (Dkt. 15) which construed the application as a motion for leave to appeal *in forma pauperis* and recommended that the motion be denied. Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, it is **ORDERED** that:

    1)     The Report and Recommendation (Dkt. 15) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2)     Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 13) is construed as a motion for leave to appeal *in forma pauperis* and is **DENIED.**

**DONE AND ORDERED** in Tampa, Florida, on this 19th day of October, 2009.

                                                     JAMES D. WHITTEMORE
                                                     United States District Judge

Copies to:
Unrepresented parties